# Third District Court of Appeal

**State of Florida**

Opinion filed November 12, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1933
Lower Tribunal No. 14-22076B
_____

**Andras Janos Vass,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

Andras Janos Vass, in proper person.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.